```
                                              FILED
                                           March 22, 2013
      UNITED STATES DISTRICT COURT      CLERK, US DISTRICT COURT
                                          EASTERN DISTRICT OF
                                              CALIFORNIA
   FOR THE EASTERN DISTRICT OF CALIFORNIA
                                             DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:13-mj-00088-DAD |
| Plaintiff, ) | |
| v.  ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| DEJON ANDRADE, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Dejon Andrade;</u> Case <u>2:13-mj-00088-DAD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_  Release on Personal Recognizance

    \_\_  Bail Posted in the Sum of _____

    X  Unsecured Appearance Bond in the amount of $50,000, co-signed by Tina Andrade.

    \_\_  Appearance Bond with 10% Deposit

    \_\_  Appearance Bond secured by Real Property

    \_\_  Corporate Surety Bail Bond

    X  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on 3/22/13 at 2:50 pm

By /s/ Carolyn K. Delaney
Carolyn K. Delaney
United States Magistrate Judge